Roza Herzog, Appellant, *v.* The New York Elevated Railroad Company et al., Respondents.

*Herzog* v. *N. Y. El. R. R. Co.,* 76 Hun, 486, affirmed.
(Argued January 21, 1897; decided February 9, 1897.)

Appeal from a judgment of the General Term of the Supreme Court in the first judicial department, entered March 30, 1894, which affirmed a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Special Term.

*W. H. O'Dwyer* for appellant.

*Brainard Tolles* and *Julien T. Davies* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur, except Martin and Vann, JJ., not voting.

---

The Mohawk National Bank of Schenectady, Appellant, *v.* The Schenectady Bank, Respondent.

*Mohawk Nat. Bank* v. *Schenectady Bank,* 78 Hun, 90, affirmed.
(Argued January 22, 1897; decided February 9, 1897.)

Appeal from a judgment of the General Term of the Supreme Court in the third judicial department, entered May 10, 1894, which affirmed a judgment in favor of defendant entered upon the report of a referee dismissing the complaint upon the merits.

*Alonzo P. Strong* for appellant.

*S. W. Jackson* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except Bartlett, J., not voting.